UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE LEIGH MIKAELIAN,<br><br>　　　　Plaintiff,<br><br>　　　vs.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>　　　　Defendant. | CASE NO. EDCV 14-553 AGR<br><br>JUDGMENT |

　　　IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and that this action is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion and Order.

DATED: February 19, 2014

　　　　　　　　　　　　　　　　　_/s/ Alicia G. Rosenberg_
　　　　　　　　　　　　　　　　　ALICIA G. ROSENBERG
　　　　　　　　　　　　　　　　　United States Magistrate Judge